```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. THOMAS AND ST. JOHN


CATALUS CAPITAL USVI, LLC; VVS,   )
LLC,                              )
                                  )
            Plaintiffs,           )
                                  )     Civil No. 2017-17
        v.                        )
                                  )
THE SERVICEMASTERS COMPANY, LLC;  )
THE TERMINIX INTERNATIONAL        )
COMPANY LIMITED PARTNERSHIP;      )
TERMINIX INTERNATIONAL USVI,      )
LLC; SEA GLASS VACATIONS, LLC,    )
                                  )
            Defendants.           )
                                  )
THE SERVICEMASTERS COMPANY, LLC;  )
THE TERMINIX INTERNATIONAL        )
COMPANY LIMITED PARTNERSHIP;      )
TERMINIX INTERNATIONAL USVI,      )
LLC,                              )
                                  )
Third-Party Plaintiffs,           )
                                  )
        v.                        )
                                  )
SEA GLASS VACATIONS, LLC,         )
                                  )
Third-Party Defendant.            )
```

**ATTORNEYS:**

**Harvey W. Gurland**
**Julian Antony Jackson-Fannin**
Duane Morris LLP
Miami, FL
    *For Catalus Capital, USVI, LLC,*

**Miles L. Plaskett**
Duane Morris LLP
Miami, FL
    *For Catalus Capital, USVI, LLC and VVS, LLC,*

**David R. Creagh**
Hinshaw & Culbertson LLP
Chicago, IL
    *For The ServiceMaster Company, LLC, The Terminix International Company Limited Partnership, and Terminix International USVI, LLC,*

**Kevin A Rames**
Law Office of Kevin A. Rames, P.C.
St. Croix, U.S.V.I.
    *For The ServiceMaster Company, LLC, The Terminix International Company Limited Partnership, and Terminix International USVI, LLC,*

**Michael B. Buschbacher**
Sidley Austin LLP
Washington, D.C.
    *For The ServiceMaster Company, LLC, The Terminix International Company Limited Partnership, and Terminix International USVI, LLC,*

**James R. Wedeking**
Sidley Austin LLP
Washington, D.C.
    *For The Terminix International Company Limited Partnership and Terminix International USVI, LLC,*

**Jeffrey T. Green**
Sidley Austin LLP
Washington, D.C.
    *For Terminix International USVI, LLC,*

**Michael J. Sanford**
St. Croix, U.S.V.I
    *For Sea Glass Vacations, LLC,*

**Ryan C. Stutzman**
Sanford, Amerling, & Associates
Christiansted, U.S.V.I.
    *For Sea Glass Vacations, LLC.*

# ORDER

**GÓMEZ, J.**

It is hereby **ORDERED** that the above captioned matter is scheduled for mediation before the Honorable Judge Juan R. Sánchez, in Courtroom 3 of the Ron de Lugo Federal Building and U.S. Courthouse, St. Thomas, United States Virgin Islands. The mediation shall commence promptly at **10:30 A.M. on Friday, December 21, 2018;** it is further

**ORDERED** that, no later than **4:00 P.M. on Tuesday, December 11, 2018,** the parties shall each submit a two-page confidential position paper in .pdf format to sanchezdocs@paed.uscourts.gov. The confidential position papers shall outline the material facts relevant to the mediation; the settlement posture of the parties; and any outstanding issues that need to be resolved; and it is further

**ORDERED** that each party shall have present at the mediation a principal with the authority to settle the matter.

S/_____
   **CURTIS V. GÓMEZ**
   **District Judge**